# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKY MINNICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-110-SPS |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration,[1] ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 20] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 25th day of September, 2017.

_____

**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Berryhill is substituted for Carolyn Colvin as the Defendant in this action.